UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO MAY RUIZ,<br><br>Plaintiff,<br><br>v.<br><br>A. SHEARER, et al.,<br><br>Defendants. | No. 2:20-cv-2078 TLN DB P<br><br><br><br>ORDER |

Plaintiff has requested an extension of time to file an opposition to the April 26, 2021, findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 21) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file objections to the findings and recommendations.

Dated: May 11, 2021

/s/DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
ruiz2078.36eot